MICHELLE D. ALARIE, ESQ.
Nevada Bar No. 11894
ARMSTRONG TEASDALE LLP
3770 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone: (702) 678-5070
Facsimile: (702) 878-9995
malarie@atllp.com

*Attorneys for Plaintiffs Broadcast Music, Inc., Concord Music Group, Inc. d/b/a Jondora Music, Rondor Music International, Inc. d/b/a Irving Music, Beechwood Music Corporation, Unichappell Music Inc., Combine Music Corp., Sony/ATV Songs LLC d/b/a Sony/ATV Acuff Rose Music, Galeneye Music, EMI Blackwood Music Inc.*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| BROADCAST MUSIC, INC.; CONCORD MUSIC GROUP, INC. d/b/a JONDORA MUSIC; RONDOR MUSIC INTERNATIONAL, INC. d/b/a IRVING MUSIC; BEECHWOOD MUSIC CORPORATION; UNICHAPPELL MUSIC INC.; COMBINE MUSIC CORP.; SONY/ATV SONGS LLC d/b/a SONY/ATV ACUFF ROSE MUSIC; GALENEYE MUSIC; EMI BLACKWOOD MUSIC INC., <br><br> Plaintiffs, <br><br> vs. <br><br> WILD WEST GAMING, LLC d/b/a PIONEER SALOON and NOEL SHECKELLS and THOMAS B. SHECKELLS, each individually, <br><br> Defendants. | Case No.: 2:19-cv-1104-JCM-EJY <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs, Broadcast Music, Inc., Concord Music Group, Inc. d/b/a Jondora Music, Rondor Music International, Inc. d/b/a Irving Music, Beechwood Music Corporation, Unichappell Music Inc., Combine Music Corp., Sony/ATV Songs LLC d/b/a Sony/ATV AcuffRose Music, Galeneye Music, EMI Blackwood Music Inc. (collectively, "Plaintiffs"), by and through their counsel, Armstrong Teasdale LLP, and Defendants Wild West Gaming, LLC dba Pioneer Saloon, Noel Sheckells, and Thomas B. Sheckells, by and through their counsel, Law Offices of Kevin R Hansen, that the parties agreed to settle all claims

1

asserted in the above-referenced action, which has been memorialized in a Settlement Agreement and Mutual Release, and therefore, the parties agree that all claims asserted by Plaintiffs against Defendants in the above-referenced action may be dismissed with prejudice by order of this Court.

The parties further consent to and request that this Court, pursuant to *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375, 381-82 (1994), retain jurisdiction of this action for the purpose of enforcing the terms of the Settlement Agreement and Mutual Release by entering the Consent Judgment which has been executed by the parties and retained by Plaintiffs' counsel, to be filed in the event of a breach of the Settlement Agreement and Mutual Release.

Except as provided above, this case may be dismissed with prejudice. Each party will bear its own attorney fees and costs in this matter.

| | |
|---|---|
| Dated this 31st day of March, 2021. | Dated this 31st day of March, 2021. |
| **ARMSTRONG TEASDALE LLP** | **LAW OFFICES OF KEVIN R. HANSEN** |
| By: */s/ Michelle D. Alarie*<br>MICHELLE D. ALARIE, ESQ.<br>Nevada Bar No. 11894<br>3770 Howard Hughes Parkway, Suite 200<br>Las Vegas, Nevada 89169<br><br>*Attorneys for Plaintiffs* | By: */s/ Kevin R. Hansen*<br>KEVIN R. HANSEN, ESQ.<br>Nevada Bar No. 6336<br>AMY M. WILSON, ESQ.<br>Nevada Bar No. 13421<br>5400 W. Sahara Avenue, Suite 206<br>Las Vegas, NV 89146<br><br>*Attorneys for Defendants* |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
DATE: April 7, 2021.